NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD J. HERMAN,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE**
*Respondent.*

---

2012-3056

.

---

Petition for review of the Merit Systems Protection Board in case no. DC1221100164-B-2.

---

## ON MOTION

---

## O R D E R

Ronald J. Herman moves to withdraw his petition for review as premature.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2)  Each side shall bear its own costs.

FOR THE COURT

FEB 14 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Dennis L. Friedman, Esq.
     Hillary A. Stern, Esq.

s25

Issued As A Mandate:      FEB 14 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 14 2012

JAN HORBALY
CLERK